## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                    **INDICTMENT**

**ROBERT STANLEY ZIOLKOWSKI**                 1:12CR12 MMP/GRJ
_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE

Between on or about February 1, 2012, and on or about February 2, 2012, in the

Northern District of Florida and elsewhere, the defendant,

### ROBERT STANLEY ZIOLKOWSKI,

knowingly traveled in interstate commerce for the purpose of engaging in illicit sexual

conduct as defined in Title 18, United States Code, Section 2423(f), that is, a sexual act

with a person under 18 years of age that would be in violation of Chapter 109A of the

United States Code if the sexual act occurred in the special maritime and territorial

jurisdiction of the United States, to wit: **ROBERT STANLEY ZIOLKOWSKI**, then age

65, traveled from the State of Georgia to the State of Florida for the purpose of knowingly

engaging in a sexual act with a person who had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 2423(b).

Filed 0327*12UsDcFlnlPM0222

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference as part of this forfeiture count.   Because the defendant,

### ROBERT STANLEY ZIOLKOWSKI,

did knowingly commit an offense under Section 2423 of Chapter 117, any and all interest that this defendant has in any property, real and personal, used and intended to be used to commit and promote the commission of said offense is vested in the United States and hereby forfeited to the United States.

Pursuant to Title 18, United States Code, Section 2428.

A TRUE BILL:

_REDACTED_

FOREPERSON

_3-27-12_

DATE

PAMELA C. MARSH
United States Attorney

P.T. WILLIAMS
Assistant United States Attorney

2