# EXHIBIT AND WITNESS LIST

<u>United States  vs. Robert Ziolkowski</u>                    <u> 1:12-cr-12   SPM      </u>
*Docket Number*

<u> Frank Williams         </u>     <u> Dan Daly                  </u>     <u> 12-3-12 and 12-5-12    </u>
*Plaintiff's Attorney*              *Defendant's Attorney*              *Date(s)*

<u> M. Casey Rodgers       </u>     <u> Lisa Jones [USDC]         </u>     <u> TiAnn Stark            </u>
*Presiding Judge*                   *Court Reporter*                    *Courtroom Deputy*

| PLF # | DEF # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESSES |
|---|---|---|---|---|---|---|
| 1A |  | 12/5/12 | X | X | **Craig's List slide** | **Brown** |
| 1B |  | 12/5/12 | X | X | **Craig's List slide** | **Brown** |
| 1C |  | 12/5/12 | X | X | **Craig's List slide** | **Brown** |
| 1D |  | 12/5/12 | X | X | **Craig's List slide** | **Brown** |
| 1E |  | 12/5/12 | X | X | **Craig's List slide** | **Brown** |
| 1F |  | 12/5/12 | X | X | **Craig's List slide** | **Brown** |
| 2 |  | 12/5/12 | X | X | **Craig's List ad** | **Brown** |
| 3 |  | 12/5/12 | X | X | **e-mail correspondence** | **Brown** |
| 4 |  | 12/5/12 | X | X | **text correspondence** | **Brown** |
| 5A |  | 12/5/12 | X | X | **photograph** | **Lowe** |
| 5B |  | 12/5/12 | X | X | **photograph** | **Lowe** |
| 5C |  | 12/5/12 | X | X | **photograph** | **Lowe** |
| 5D |  | 12/5/12 | X | X | **photograph** | **Lowe** |
| 5E |  | 12/5/12 | X | X | **photograph** | **Lowe** |
| 5F |  | 12/5/12 | X | X | **photograph** | **Lowe** |
| 6A |  | 12/5/12 | X | X | **Miranda Rights waiver** | **Meffen** |
| 6B |  | 12/5/12 | X | X | **consent to search** | **Meffen** |

| PLF # | DEF # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESSES |
|---|---|---|---|---|---|---|
| 7A | | 12/5/12 | X | X | dvd of interview | Meffen |
| 7B | | 12/5/12 | X | X | transcript of interview | Meffen |
| 8A | | 12/5/12 | X | X | dvd of interview | Meffen |
| 8B | | 12/5/12 | X | X | transcript of interview | Meffen |