IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 1:12cr12-SPM

ROBERT STANLEY ZIOLKOWSKI

_____/

## VERDICT

We, the jury, in the above entitled and numbered case, unanimously find the Defendant, ROBERT STANLEY ZIOLKOWSKI:

**COUNT ONE**

_____ NOT GUILTY

____X____ GUILTY

SO SAY WE ALL on this __5__ day of December 2012.

FILED IN OPEN COURT
12-5-12
Initials                Date