Start: 8:02 a.m.
Stop: 8:40 a.m.

## UNITED STATES DISTRICT COURT
### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No:   1:12-cr-12 SPM                                             Date: 4-19-13

PROCEEDINGS:        Sentencing

PRESENT:    Honorable M CASEY RODGERS, Chief Judge

| TiAnn Stark | Christine Bordenave | Frank Williams |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| Bev Steivfater | | |
| Probation Officer | Interpreter | |

U.S.A  vs. (DEFENDANT LISTED BELOW)       ATTORNEYS FOR DEFENDANT

  Robert Ziolkowski                                                  Dan Daly
 X present   X  custody   _bond   __O/R           X  present   ___ appt   X  retained

DEFENDANT ADJUDICATED GUILTY OF COUNT(S)  1   ;

SENTENCE IMPOSED:
  X   Defendant remanded to the custody of the Bureau of Prisons
        on count(s)     1   imprisonment for a term of 360  months
                              imprisonment for a term of _____ months

        with said sentences to run __ concurrently or ___ consecutively w/ state

  X   FINE PAYMENT:    X  Fine waived;   ___ Fine of $ _____
                          X   SMA of $ 100.00  due immediately

_____ RESTITUTION: Defendant is liable for restitution of:
        $_____ made payable to _____

  X   S/R or PROBATION: Defendant is under  X   Supervised Release upon completion of
      term of imprisonment or __ Probation for a period of life  . With the following special
      modifications:
        _____ Defendant to be deported upon release from BOP
         X    Defendant to report to the USPO in the district where released within 72 hours of release from BOP
         X    Defendant shall not own or possess a firearm or other dangerous weapon
         X    Defendant shall submit to:  ___ testing for the use of drugs or alcohol;  ___ Alcohol/Drug treatment;
                X   Mental Health counseling if deemed necessary by the Probation Officer
         X    Defendant shall provide requested financial information to the Probation Officer
        _____ Defendant shall make payment on any unpaid restitution in monthly installments of not less than $500  a
              month, paid within 1 year.
        _____ Upon release, Defendant shall maintain employment or enroll as a full-time student
         X    Additional Terms:   sex offender registration, allow search, no contact with minors, routine inspections, no
              computer equipment,

SENTENCING MINUTES CONTINUED

__X__   Defendant has read the pre-sentence investigation report (PSI) and has discussed it with his/her attorney

__X__   Objections to the PSI were made - waived

__X__   CUSTODY STATUS
    __X__   Defendant committed to the custody of the US Marshal
    _____   Defendant to surrender to US Marshal at_____ or designated institution at his/her own expense no later than _____ on_____ .
    _____   Defendant remains on bond with ____ same terms and conditions or _____ with modified terms as follows:
    _____   Defendant is released after meeting with Probation Officer

_____   Remaining count(s) ____ is/are dismissed on government motion

__X__   Court informs Defendant of right to appeal

__X__   Court recommends that the defendant designation to SOTP first and then, if applicable, Buffalo NY