IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                       Case No. 1:12cr12-MW/GRJ

ROBERT STANLEY ZIOLOWSKI,

       Defendant/Petitioner,
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 110, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 111. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.

As for Ground Twelve, there is no evidence that a plea offer was made by the Government. Neither Petitioner nor his wife have any personal knowledge of a plea offer. Instead, they claim that Mr. Daly, defense counsel, suggested there was a plea offer. As noted by the Magistrate, unlike state court and some federal courts, the Government in the Northern District of Florida does not enter into plea agreements recommending a specific sentence and has not done so more than twenty-five years.

1

This is not a case where a plea offer was made and there is a disagreement about what defense counsel communicated to a defendant.  Here, Petitioner has offered nothing to suggest such a plea was in fact made so as to warrant an evidentiary hearing.

The Clerk shall enter judgment stating, "Petitioner's Second Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in federal custody, ECF No. 96, is **DENIED**.  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on October 6, 2017.**

                                              <u>s/Mark E. Walker            </u>
                                              **United States District Judge**