**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESAVILLE DIVISION**

**UNITED STATES PF AMERICA**

**v.**                                          **Case No.  1:12cr12-MW/GRJ**

**ROBERT STANLEY ZIOKOWSKI,**

         **Defendant/Petitioner.**
_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation.  ECF No. 130.  Upon consideration, no objections having been filed

by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "The Motion Under 28 U.S.C. § 2255 to Vacate,

Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 127, is summarily

**DENIED and DISMISSED**. A Certificate of Appealability is **DENIED**." The Clerk shall

also close the file.

**SO ORDERED on February 10, 2020.**

                                   <u>s/Mark E. Walker             </u>
                                   **Chief United States District Judge**

---

[1] Defendant/Petitioner has failed to keep the Clerk advised as to his correct mailing address as evidenced by returned mail. ECF No. 131.